# Court of Appeals
# of the State of Georgia

ATLANTA,  March 12, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0902. DAKER v. THE STATE.**

Proceeding pro se, Waseem Daker filed a notice of appeal from the trial court's order dismissing his motion in arrest of judgment. We docketed the appeal on December 6, 2018, and on January 14, 2019, we extended the time for Daker to file his brief of appellant through February 15, 2019. Daker did not meet this deadline. He attempted to file a brief on February 22, 2019, but his submission was well over 100 pages, and we denied his request to exceed the 50-page limit. See Georgia Court of Appeals Rule 24 (f) (2). We thus refused to accept the brief for filing.

Over three weeks have passed since the February 15, 2019 due date, and Daker has not filed a brief of appellant that complies with our Court rules. Accordingly, his appeal is hereby DISMISSED. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/12/2019*
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.